IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RALPH A. WOODS, SR.,

    Plaintiff,

v.

LOLA JAMSKY, Clerk of Superior Court,

    Defendant.

CIVIL ACTION NO.: CV209-129

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendant's unopposed Motion for Summary Judgment is **GRANTED**, and Plaintiff's complaint is **dismissed**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this \_\_\_ day of _____, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA